The People of the State of New York, Respondent,
against
Stanley Montes, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Josh E. Hanshaft, J.), rendered July 26, 2017, convicting him, upon a plea of guilty, of criminal possession of marijuana in the fifth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Josh E. Hanshaft, J.), rendered July 26, 2017, reversed, on the law, accusatory instrument dismissed, and surcharge, if paid, remitted.
Reversal of the judgment convicting defendant of criminal possession of marijuana in the fifth degree (see Penal Law § 221.10[1]) and dismissal of that charge is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the "public place" element of the offense.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 15, 2018